**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DORETHA G. STEEPLES,

    Plaintiff,

vs.                                CASE NO. 3:05-cv-195-J-99HTS

FSS ALUTIQ,

    Defendant.

_____

**O R D E R**

In view of Plaintiff's failure to comply with the Order (Doc. #4), she is directed to **SHOW CAUSE** within eleven (11) days from the date of this Order why it should not be recommended this case be dismissed for failure to prosecute. *See* Rule 3.10, Local Rules, United States District Court, Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of April, 2005.

                                                /s/      Howard T. Snyder
                                                HOWARD T. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
  and pro se parties, if any