UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DORETHA G. STEEPLES,

        Plaintiff,

v.                              CASE NO. 3:05-cv-195-J-99HTS

FSS ALUTIQ,

        Defendant.

_____/

**ORDER**

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 9), pertaining to Plaintiff's failure to comply with the Magistrate Judge's Order directing Plaintiff to file an amended complaint. (Dkts. 4, and 7). The Magistrate Judge recommended this action be dismissed for Plaintiff's failure to prosecute. Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, it is **ORDERED**:

Plaintiff is given leave to file an amended complaint by June 17, 2005, so that it comports with Federal Rule of Civil Procedure 8(a), by providing a short and plain statement of this Court's grounds for jurisdiction (statutes under which Plaintiff is requesting relief), Plaintiff's claims (the statue or common law cause of action upon which Plaintiff's claim is based) and relief sought. Additionally, the amended complaint must comport with Rule 10(b) by making claims in numbered paragraphs and limiting the contents of each numbered paragraph to a statement of a single set of circumstances. Plaintiff must, further, provide facts which Plaintiff contends entitle her to relief. **Failure by Plaintiff to comply with the requirements of this**

**Order will result in the immediate dismissal of this action without further notice.**

      **DONE AND ORDERED** in Chambers this **6** day of June, 2005.

                                    HENRY LEE ADAMS, JR.
                                    UNITED STATES DISTRICT JUDGE

Copies to:
*Pro Se* Plaintiff
Counsel of Record