```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

DORETHA G. STEEPLES,

      Plaintiff,

vs.                                    CASE NO. 3:05-cv-195-J-25HTS

FSS ALUTIIQ,

      Defendant.

                              **O R D E R**

This cause is before the Court on Defendant FSS Alutiiq's Motion to Compel Plaintiff's Rule 26 Disclosures and Discovery Responses and Motion for Sanctions (Doc. #22; collectively, Motions), which render **MOOT** Doc. #21. No response has been filed in opposition thereto, and the time for doing so has passed. *See* Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida.

Upon consideration, the Motions (Doc. #22) are **GRANTED** to the extent Plaintiff shall, within ten (10) days from the date of this Order, serve her initial disclosures upon Defendant and fully comply with the discovery at issue. Additionally, Plaintiff shall pay Defendant's reasonable attorney fees incurred in connection with the filing of the Motions. In this regard, the parties are

directed to meet and attempt to agree on an appropriate sum within ten (10) days from the date of this Order.  If they are unable to agree, Defendant shall file, within the same time period, a motion requesting that the Court determine the proper amount, accompanied by an affidavit documenting the relevant expenses.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of February, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
  and pro se parties, if any